USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

BARBARA E. BERNARD, COURMANT : Civil Action No. 03-CV-4282(RMB)
AND WAPNER ASSOCIATES AND :
ROBERT SUTHERLAND, on behalf of :
themselves and all others similarly situated, :
:
Plaintiffs, :
:
-against- :
:
UBS WARBURG LLC AND ANTON :
WAHLMAN, :
:
Defendants. :

———————————————————— x

**MEMO ENDORSED**
p.2

**MOTION FOR ENTRY OF ORDER
FOR FINAL DISTRIBUTION OF SETTLEMENT PROCEEDS**

WHEREAS, the settlement of this securities fraud class action for $5,000,000 was approved by order dated August , 2005, copy annexed hereto at Exhibit A;

WHEREAS, after distribution of all the settlement proceeds to claimants, administrators, and attorneys consistent with court ordered entered August 15, 2006, copy annexed hereto as Exhibit B; and

WHEREAS, after a good faith effort to locate all eligible claimants by the claims administrator, Gilardi Co. LLC, $7,893.12 remains undistributed, see copy of Fund Analysis annexed hereto as Exhibit C;

Plaintiffs' counsel hereby moves for entry of an order submitted herewith, allocating the remaining funds on an equal basis to The Federal Judicial Center, www.fjc.gov. and the Institute for Law and Economic Policy, www.ilep.info.

Dated: New York, New York
April 7, 2010

Respectfully Submitted,

POMERANTZ HAUDEK
GROSSMAN & GROSS, LLL

By: _____
Marc I. Gross
100 Park Avenue, 26th Floor
New York, NY 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

Counsel for Defendants may respond on or before Monday, April 26, 2010.

SO ORDERED:
Date: 4/14/10

Richard M. Berman, U.S.D.J.

2