```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA E. BERNARD, et al.          :
                                    :
                    Plaintiffs,     :
                                    :    03 Civ. 4282 (RMB)
        -against-                   :
                                    :    **ADMINISTRATIVE ORDER**
UBS WARBURG LLC, et al.             :
                                    :
                    Defendants.     :
------------------------------------------------------------X

Plaintiff's Motion for Entry of Order for Final Distribution of Settlement Proceeds [#47], dated April 7, 2010, is respectfully denied.

Plaintiff is to instruct the claims administrator, Gilardi Co. LLC, to send the remaining funds, i.e., $7,893.12, to the Clerk of the Court. Upon receipt of the funds, the Clerk of the Court shall transfer the funds to receipt account 129900 in credit to the United States Treasury.

Dated: New York, New York
       May 7, 2010



Richard M. Berman, U.S.D.J.